IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIGHTHOUSE LIFE INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-485 |
| | : | |
| **ANTOINETTE WALKER WALTON, PRESTON HARPER, KADEENA FULTON** | : : : | |

# ORDER AND FINAL JUDGMENT

**AND NOW**, this 13th day of February 2024, upon considering plaintiff's motion for summary judgment (DI 55), defendants' responses in opposition (DI 56, 57), plaintiff's reply (DI 58), and the arguments set forth by the parties at our January 23, 2024 oral argument (DI 60), and for the reasons set forth in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff's motion for summary judgment is **GRANTED** with respect to Count I of its amended complaint (declaratory judgment).

2. Plaintiff's motion for summary judgment is **GRANTED** with respect to defendants' counterclaims. *See* DI 45 at 10-16; DI 51.

3. Defendant Antoinette Walker-Walton's crossclaim against defendants Preston Harper and KaDeena Fulton (DI 44 at 9-13) is **DISMISSED** with prejudice for failure to prosecute.

4. Pursuant to Fed. R. Civ. P. 58, **FINAL JUDGMENT** is entered in favor of plaintiff Brighthouse Life Insurance Company.

_____
**MURPHY, J.**